M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: cmeyer@messner.com
rfinch@messner.com
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GUADALUPE LOPEZ an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO: 2:24-01709-APJ-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, through its counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff GUADALUPE LOPEZ, individually and by and through her counsel of record, GINA M. CORENA, ESQ. and CHET A. GLOVER, ESQ. of GINA CORENA & ASSOCIATES, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 2:24-01709-APJ-EJY, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

///

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

| | |
|---|---|
| Dated this <u>2nd</u> day of October, 2024. | Dated this <u>2nd</u> day of October, 2024. |
| **MESSNER REEVES, LLP** | **GINA CORENA & ASSOCIATES** |
| /s/ Renee M. Finch | /s/ Chet A. Glover |
| M. Caleb Meyer, Esq. | Gina M. Corena, Esq. |
| Nevada Bar No. 13379 | Nevada Bar No. 10330 |
| Renee M. Finch, Esq. | Chet A. Glover, Esq. |
| Nevada Bar No. 13118 | Nevada Bar No. 10054 |
| 8945 W. Russell Rd., Ste. 300 | 400 S. Seventh Street, Suite 400 |
| Las Vegas, NV 89148 | Las Vegas, Nevada 89101 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

IT IS SO ORDERED.

_____
United States District Court Judge

DATED: October 3, 2024